IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Plaintiff | § § § § | |
| v. | § § | CIVIL ACTION NO. B-00-013 |
| NICHOLAS G. b/n/f JANEAH G., Defendant | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Agreed Joint Motion to Dismiss With Prejudice, filed by Brownsville Independent School District, Plaintiff herein, and by Nicholas G. by next friend Janeah G., Defendant herein, which Motion requests the Court to dismiss, with prejudice, all of the claims and actions said parties have brought in this cause. After reviewing the pleadings and other documents on file in this cause, the Court is of the opinion and finds that the said Motion is well-taken and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that all claims and actions brought in this cause by either party shall be and are hereby DISMISSED, WITH PREJUDICE. It is further

ORDERED, ADJUDGED and DECREED that all costs of Court incurred herein be and the same are hereby adjudged against the party incurring same. All writs and processes for the enforcement of this Order or the collection of the costs of Court may issue as necessary.

All other relief not expressly granted herein is expressly DENIED.

SIGNED on this the _17th_ day of _May_, 2000.

_____
PRESIDING JUDGE

Agreed Order of Dismissal With Prejudice
Page 1 of 2

APPROVED AS TO BOTH FORM AND SUBSTANCE:

WALSH, ANDERSON, BROWN,
 SCHULZE & ALDRIDGE, P.C.
511 E. John Carpenter Freeway, Suite 430
Irving, Texas 75062
(214) 574-8800
FAX NO.: (214) 574-8801


BY: *[signature: Robert Russo]*
ROBERT RUSSO
State Bar No. 17443500

ATTORNEYS FOR BROWNSVILLE
INDEPENDENT SCHOOL DISTRICT, PLAINTIFF


CHRISTOPHER JONAS
3349 Jamaica Drive
Corpus Christi, Texas 78418   TELEPHONE: (361) 937-1801
FACSIMILE: (361) 937-1802


BY: *[signature: Christopher Jonas]*
CHRISTOPHER JONAS
State Bar No. 10856950

ATTORNEY FOR NICHOLAS GARCIA
b/n/f JANEAH GARCIA and JANEAH GARCIA,
individually, DEFENDANT


Agreed Order of Dismissal With Prejudice
Page 2 of 2